United States Court

ROBERT MICHAEL VANLEEUWEN (TAFOYA) #202001391
Plaintiff

CASE 5:20-cv-00957-SVW-KK

v.

Civil Rights Complaint
1983 — Related DDJ

RIVERSIDE SHERIFFS OFFICE
JOHN DOE 1
Defendants

FILED
CLERK, U.S. DISTRICT COURT
5/1/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

General Complaint with Jury Demand

## Introduction

This is a Civil-Complaint Seeking an emergency Injunction ordering the release of pre-Trial Detainees in the Custody of the Riverside County Sheriffs Department based on a lack of preparedness invoking a deliberate indifference to the rights & liberties of citizens, a clear disregard for the lack of Due-Process being afforded to those in Custody - Clear Intent to punish the innocent prior to any conviction and the lack of attention and Medical Care causing a tremendous Safety Concern.

## Jurisdiction

1. This court carries Jurisdiction over plaintiffs claims of negligence & violations of Constitutional Rights.

## Parties

2. PLAINTIFF - ROBERT MICHAEL VANLEEUWEN (TAFOYA) Is a Pre-Trial Detainee in the Custody of the Riverside Co. Sheriff - One of many Victims - The Victim listed in action - Inmate # 202001391

3. DEFENDANT(s) - The agency holding Plaintiff. The Individual In charge.

## FACTS
### SAFETY & MED-CARE

4. Since Social Distance orders spread across the country Approx March 18th. Deputies no longer patrol in housing units every hour. Inmates are often left with no deputy contact for 6 hours at a time - Including Meal times. This causes a major Safety Concern. Deputies Realize the Danger. They See Inmates getting Sick and prefer a 'No-Contact' policy. This puts the lives of Inmates at risk.

RECEIVED
CLERK, U.S. DISTRICT COURT
4/30/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

5. All medical-Care has been halted. A nurse witnessed my tooth fall out Due to Riot at the 'Pill-Call' line - "Doctors are too Busy" - I have been Sick 3 times. I have witnessed many other inmates running fevers - None of were tested. One inmate complained for days. They took his temp. & moved him. By Proxy we learned he was positive for Covid-19. Even now I am getting 'over the last bout - Yesterday was the last day of a week long period where every muscle in my Body ached. I'm still have labored breathes and trouble keeping food down. I'm legitimately hungry - But no Response from any medical Request or kite for food. I'd be better at home in quarantine, Safer - Are they deliberately Ignoring the Sick?

## CONDITIONS DUE PROCESS

6. The Conditions - I am housed in a 15x20 cell - 26 Bunks, 2 temp Plastic Beds on the floor. - 28 people have shared this room with only 23 Seats at the table. Open showers ensure high humidity & Infection risks Skyrocket. We cant practice any guideline. Access to Nail-Clippers, cuts & Basic Hygiene becoming issues - We havent been outside for fresh air in 50 days.

7. PRE-TRIAL means we are innocent until proven guilty - They refuse to let us go - They say "You Shouldn't have committed a crime" - I DIDNT. I have a right to prove that to a Jury of my peers but nobody cares.

   A) They say OR Bail is happening - But I dont qualify - I was arrested for filing for visitation of my daughter - My Ex's Boyfriends a Cop - He arrested me saying I never served my Ex & I forged the 'Proof of Service' - He filed it saying that means I "Intended to Stalk & kidnap" my child. He said "Bs not your child anymore". EASY CASE TO WIN RIGHT? I have the evidence, I Recorded it all - BUT THERES NO COURT - ALL TRIALS SUSPENDED UNTIL FURTHER NOTICE. I Cant post Bail Since My Ex's Boyfriend 'Enhanced' it by 500k$ Saying "That'll Stop you from attending family Court". Probation Says I never violated any order - Nor do I pose a threat - Doesnt matter.

   B) TIME WAIVERS no longer matter. With Courts closed a

WHEREBY the Plaintiff Requests the court issue an immediate Injunction ordering the Release of the Plaintiff:

    ROBERT MICHAEL VANLEEUWEN (TAFOYA)
    Inmate #202001391

& Consider Releasing ALL Pre-Trial Detainees, Innocent until proven guilty.

Pursuant 28 USC 1746 - Signed/Declared under Penalty of Perjury.

    Robert Michael Vanleeuwen (TAFOYA) #202001391
    Larson Detention Center
    B-1743 Indio CA 92202

X _____

ROBERT MICHAEL VANLEEUWEN (TATOYA)
Indio Detention Centre #202001391
3r1748 Indio, CA 92202

INDIO JAIL
INSPECTED MAIL

LEGAL

US-D Cou[rt]
CLERK, U.S. DISTRICT
APR 30 2020
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

312 N Spring St #G-8
Los Angeles CA 90012

90012-470199



INDIO JAIL
INSPECTED MAIL

LEGAL



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT    © USPS 2